UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.: 3:13-CV-4202-SI<br><br>~~PROPOSE~~D ORDER GRANTING NOTICE OF ATTORNEY WITHDRAWAL |

Cooley LLP's Notice of Attorney Withdrawal came before this Court. Having considered the request to remove Lori R. Mason and Scott A. Cole as counsel from Cooley LLP and that all pleadings, notices, orders, discovery, correspondence, memoranda, documents and things no longer be served upon them, and finding good cause therefore, it is hereby ordered that Lori R. Mason and Scott A. Cole are terminated as counsel of record for Cooley LLP.

Dated:  11/5/13

/s/ Susan Illston

HON. SUSAN ILLSTON
United States District Judge