UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.: 3:13-CV-4202-SI<br><br>~~PROPOSED~~ ORDER GRANTING NOTICE OF ATTORNEY WITHDRAWAL |

Cooley LLP's Notice of Attorney Withdrawal came before this Court. Having considered the request to remove Ann M. Mooney as counsel from Cooley LLP and that all pleadings, notices, orders, discovery, correspondence, memoranda, documents and things no longer be served upon her, and finding good cause therefore, it is hereby ordered that Ann M. Mooney is terminated as counsel of record for Cooley LLP.

Dated: 11/21/13

_____
HON. SUSAN ILLSTON
United States Magistrate Judge